1  Deborah L. Stein (State Bar No. 224570)
   K. Lucy Atwood (State Bar No. 222745)
2  Peter R. Jordan (State Bar No. 259232)
   SIMPSON THACHER & BARTLETT LLP
3  1999 Avenue of the Stars, 29th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 407-7500
   Facsimile:   (310) 407-7502
5  Email:    dstein@stblaw.com
             katwood@stblaw.com
6            pjordan@stblaw.com

7  Attorneys for Defendant
   National Fire & Marine Insurance Company
8

9

10

11              **IN THE UNITED STATES DISTRICT COURT**

12              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14 | ZURICH AMERICAN INSURANCE | ) | Case No. 2:12-cv-00264-MCE-DAD |
   | COMPANY, | ) | |
15 | | ) | **STIPULATION AND ORDER** |
   | Plaintiff, | ) | **EXTENDING TIME TO FILE JOINT** |
16 | v. | ) | **STATUS REPORT** |
   | | ) | |
17 | NATIONAL FIRE & MARINE INSURANCE | ) | |
   | COMPANY, | ) | |
18 | | ) | **[FIRST REQUEST]** |
   | Defendant. | ) | |
19 | | ) | |

20

21

22

23

24

25

26

27

28

Plaintiff Zurich American Insurance Company ("Zurich") and Defendant National Fire & Marine Insurance Company ("National Fire"), by and through their respective counsel of record, submit this stipulation to extend the time the parties have to file the joint status report ordered by the Court ("Order").

## RECITALS

WHEREAS, on January 31, 2012, Zurich filed a complaint ("Complaint") in the above-captioned action (Dkt. No. 1);

WHEREAS, on February 1, 2012, the Court ordered Zurich and National Fire to prepare and file a joint status report ("Joint Status Report") within sixty days of service of the Complaint;

WHEREAS, on February 27, 2012, Zurich and National Fire stipulated to extend the time to answer or otherwise respond to the Complaint to March 27, 2012, (Dkt. No. 7) but did not at that time seek to extend the joint status report deadline beyond the current deadline of April 9, 2012;

WHEREAS, on March 27, 2012, National Fire filed an answer to Zurich's Complaint (Dkt. No. 8);

WHEREAS, the parties are working cooperatively and in good faith to comply with their obligations under Rule 26(f) but require an additional week to meaningfully complete the meet and confer process and prepare the Joint Status Report.

///
///
///
///
///
///
///
///
///

///

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between Zurich's and National Fire's respective counsel of record that the deadline for filing the Joint Status Report is extended up to and including April 16, 2012.

Dated: April 3, 2012                                                Respectfully submitted,

MORALES FIERRO & REEVES                          SIMPSON THACHER & BARTLETT LLP

By: */s/Debra B. Branse*                                          By: */s/ Deborah L. Stein*
    Ramiro Morales (State Bar No. 167947)          Deborah L. Stein (State Bar No. 224570)
    Debra B. Branse (State Bar No. 175771)         K. Lucy Atwood (State Bar No. 222745)
    2300 Contra Costa Blvd., Suite 310             Peter R. Jordan (State Bar No. 259232)
    Pleasant Hill, California 94523                1999 Avenue of the Stars, 29th Floor
    Telephone:(925) 288-1776                       Los Angeles, California 90067
    Facsimile: (925) 288-1856                      Telephone:(310) 407-7500
                                                   Facsimile: (310) 407-7502
                                                   E-mail:  dstein@stblaw.com
                                                            katwood@stblaw.com
                                                            pjordan@stblaw.com

*Attorneys for Plaintiff Zurich American Insurance Company*

*Attorneys for Defendant National Fire & Marine Insurance Company*

IT IS SO ORDERED.

April 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE