UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | No. 2:12-cv-00264-MCE-DAD |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant. | |
| MARYLAND CASUALTY COMPANY, | No. 2:12-cv-01947-JAM-GGH |
| Plaintiff, | |
| v. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant. | |

The Court has received the Notice of Related Case filed on August 27, 2012.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

1  The actions involve many of the same defendants and are based on
2  the same or similar claims, the same property transaction or
3  event, similar questions of fact and the same questions of law,
4  and would therefore entail a substantial duplication of labor if
5  heard by different judges.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  savings of judicial effort and is also likely to be convenient
8  for the parties.
9       The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15      IT IS THEREFORE ORDERED that the action denominated 2:12-cv-
16 01947-jam-ggh, <u>Maryland Casualty Company v. National Fire &</u>
17 <u>Marine Insurance Company</u> is reassigned to Judge Morrison C.
18 England, Jr. and Dale A. Drozd for all further proceedings, and
19 any dates currently set in this reassigned case only is hereby
20 VACATED.  The Clerk of the Court is to issue an Order Requiring
21 Joint Status Report.  Henceforth, the caption on documents filed
22 in the reassigned case shall be shown as 2:12-cv-01947-MCE-DAD.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3